UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

AHMAD WILSON,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08-CV-6182 (RJS)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                 July 25, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                             City of New York
                                          *Attorney for Defendant*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 442-8248

                                        By:        /s/
                                                 MARK D. ZUCKERMAN

TO:    David Gottlieb, Esq.
          Mark L. Lubelsky and Associates
          123 West 18th Street, 8th Floor
          New York, New York 10011
          (212) 242-7480